IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 11-473-1 |
| LEON STANTON | : | |

# ORDER

**AND NOW**, this 23rd day of September, 2015, upon consideration of Leon Stanton's motion for a new trial under Fed. R. Crim. P. 33 (Doc. No. 179), and the government's response thereto, **IT IS HEREBY ORDERED** that the motion is **DENIED.**

s/William H. Yohn Jr._____<br>
William H. Yohn Jr., Judge