IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON STANTON,<br><br>　　　　　*Petitioner,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　*Respondent.* | CRIMINAL ACTION<br>No. 11-473 |

## ORDER

**AND NOW**, this 25th day of August, 2016, upon consideration of Leon Stanton's ("Stanton") Motion to Vacate, Set Aside or Correct his Sentence under 28 U.S.C. Section 2255 (ECF No. 197) and Motion to Compel Discovery (ECF No. 198), the United States of America's Response (ECF No. 204) and Stanton's Reply (ECF No. 205), it is **ORDERED** that the motions are **DENIED**.

A certificate of appealability **SHALL NOT** issue because Stanton has not demonstrated that a reasonable jurist would debate the correctness of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The clerk of court shall mark this case **CLOSED** for statistical purposes.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.