IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEON STANTON | CRIMINAL ACTION<br>NO. 11-473-1 |

## ORDER

AND NOW, this 20th day of July, 2022, upon consideration of Leon Stanton's *pro se* Motion for Compassionate Release (ECF 224), the Government's Response (ECF 226) and Stanton's Reply (ECF 227), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.